IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALFREDO E. ZEPEDA,

        Petitioner,        CV F 07 0702 OWW WMW P

  vs.                     FINDINGS AND RECOMMENDATIONS

WARDEN YATES, et al.,

        Respondents.

        Petitioner is a state prisoner proceeding in an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

        Petitioner, an inmate in the custody of the California Department of Corrections at Pleasant Valley State Prison, has filed this action on a form for a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Though Plaintiff identifies his underlying conviction and sentence in his petition, he does not set forth any claims that sound in habeas corpus.  Federal habeas corpus relief under 28 U.S.C. § 2254 is limited to claims that allege a constitutional violation in the state criminal proceedings.  See Paradis v. Arave, 130 F.3d 385, 390 (9th Cir. 1997); Herrera v. Collins, 506 U.S. 390, 400 (1993).

        Petitioner appears to be challenging conduct by the California

Department of Corrections in regards to his medical care.  Petitioner does not assert that he is 'in custody pursuant to the judgment of a State court on the ground that he is in custody in violation of the Constitution or laws and treaties of the United States." 28 U.S.C. § 2254(a).  That petitioner asserts that the conduct of the Department of Corrections in regards to his medical care violates the constitution does not state a claim for habeas relief.

The Court will therefore recommend that the petition be dismissed without prejudice to Petitioner's right to file this action as a civil rights action pursuant to 42 U.S.C. § 1983.   Upon dismissal of this action, the Court will direct the Clerk's Office to forward to Petitioner the form for a civil rights complaint pursuant to 42 U.S.C. § 1983.

Accordingly, IT IS HEREBY RECOMMENDED that the petition be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636 (b)(1)(B). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is  advised that failure to file objections within the specified time waives all objections to the judge's findings of fact.  See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998).  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

1 IT IS SO ORDERED.

2 Dated:   June 26, 2007             /s/  William M. Wunderlich
UNITED STATES MAGISTRATE JUDGE