IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALFREDO E. ZEPEDA,

    Petitioner,                               CV F 07 0702 OWW WMW P

    vs.                                             ORDER RE: FINDINGS &
                                                       RECOMMENDATIONS (#3)

WARDEN YATES, et al.,

    Respondents.

        Petitioner is a state prisoner proceeding pro se in an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

        On June 26, 2007, findings and recommendations were entered, recommending dismissal of the petition without prejudice to the filing of a civil rights action. Petitioner was provided an opportunity to file objections within twenty days. Petitioner has not filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the

entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on June 26, 2007, are adopted in full; and

2. The petition is dismissed without prejudice. The Clerk is directed to close this case.

IT IS SO ORDERED.

**Dated:  July 25, 2007**              /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE