IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALFREDO E. ZEPEDA,

       Plaintiff,            CV F 07 0702 OWW WMW P

  vs.                         ORDER RE MOTION (DOC 7)

WARDEN YATES, et al.,

       Respondents.

     This action was initiated as an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 26,2007, findings and recommendations were entered, recommending dismissal of this action on the ground that Petitioner was challenging the conditions of his confinement. The recommendation was for a dismissal without prejudice to Petitioner's ability to file a civil rights action pursuant to 42 U.S.C. § 1983. On July 26,2007, the findings and recommendations were adopted, and this action was dismissed without prejudice.

     On August 14, 2007, Petitioner filed a document titled as a motion to withdraw the writ of habeas corpus. Petitioner notes that, thought the July 26, 2007, order of dismissal indicates that Petitioner did not file objections to the findings and recommendations, he did indeed file a document on July 23, 2007, indicating his request to withdraw the application for writ of habeas corpus. Though the June 26, 2007, recommendation indicated that Petitioner had 20 days to file

1

objections, the Court deems the July 23,2007, submission to be timely. Both the July 23, 2007, submission and the August 14, 2007, submission indicate Petitioner's desire to withdraw the habeas petition. Because the dismissal is without prejudice, the effect of this dismissal is as if Petitioner had withdrawn the petition. The Court further notes that Petitioner filed a civil rights action on October 11, 2007. Petitioner, August 14,2007, motion is therefore moot.

Accordingly, IT IS HEREBY ORDERED that the Motion to Withdraw filed on August 14, 2007, is denied as moot.

IT IS SO ORDERED.

**Dated:   January 14, 2008**               /s/ William M. Wunderlich
                                            UNITED STATES MAGISTRATE JUDGE